NOTE: CHANGES MADE BY THE COURT

Thomas T. McCormick, SBN 112723
**MCCORMICK LAW FIRM**
A Professional Corporation
21-C Orinda Way, #203
Orinda, CA 94563
Telephone: 925.253.3700
Facsimile: 925.254.4174

Attorneys for Plaintiff,
DAWN WELLS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DAWN WELLS,<br><br>        Plaintiff,<br><br>v.<br><br>HAIR SOLUTIONS BY M.E., INC, a New York corporation, and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No.: CV12- 996 JAK (PLAx)<br><br>**[~~Proposed~~] Order Re: Stipulated Protective Order Regarding Disclosure And Use Of Defendant's Financial Information.** |

Plaintiff, DAWN WELLS, and defendant, HAIR SOLUTIONS BY M.E., INC. entered into a Stipulated Protective Order Regarding Disclosure And Use Of Defendant's Financial Information, a copy of which is attached hereto as Exhibit A.

GOOD CAUSE APPEARING, IT IS ORDERED:

1.  The Stipulated Protective Order Regarding Disclosure And Use Of Defendant's Financial Information is entered as an order of the court.

Dated: September 28, 2012   By: _____
Honorable Judge Paul Abrams,
United States Magistrate Judge