**McCormick Law Firm**
21-C Orinda Way, #203
Orinda, CA 94563
Tel: 925-253-3700; Fax: 925-254-4174

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DAWN WELLS,<br><br>    Plaintiff,<br><br>v.<br><br>HAIR SOLUTIONS BY M.E., INC, a New York corporation, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.: CV12- 996 JAK (PLAx)<br><br>**JUDGMENT FOR PLAINTIFF DAWN WELLS.**<br><br>Hon. John A. Kronstadt<br>Courtroom: 750 - 7th Floor<br>312 North Spring St., Los Angeles, CA 90012 |

Pursuant to the Settlement Agreement between Plaintiff DAWN WELLS and Defendant HAIR SOLUTIONS BY M.E., INC, a New York corporation, and Plaintiff's Ex Parte Application to enforce the Settlement Agreement presented to the Court on January 22, 2014 and Good Cause Appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT: Plaintiff DAWN WELLS ("Plaintiff") shall have judgment against Defendant HAIR SOLUTIONS BY M.E., INC, a New York corporation ("Defendant") as follows:

Plaintiff shall recover from Defendant:

1.   The principal sum of $12,000.00; plus

2. Pre-judgment interest at the rate of ten percent (10%) from June 3, 2013 to January 22, 2014 in the amount of $766.03; plus

3. Interest at the rate of ten percent (10%) from January 23, 2014 until the Judgment is paid in full at the daily rate of Three dollars and 28.77 cents ($3.2877); plus

4. Attorneys' fees incurred by Plaintiff in connection with enforcing this Judgment, which attorneys' fees amount to One Thousand Six Hundred dollars ($1,600.00).

As of January 22, 2014, Plaintiff shall therefore have Judgment against Defendant in the total amount of Fourteen Thousand Three Hundred Sixty-Six dollars and Three cents ($14,366.03).

Dated: February 5, 2014   _____
Hon. John A. Kronstadt,
United States District Court Judge.